# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUPERB HOSPITALITY LLC,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00103-AWI-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

Theresa Brooke ("Plaintiff") filed this action alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. and state law. (ECF No. 1.) On February 16, 2020, Plaintiff filed a request for entry of default. (ECF No. 5.) Default was entered on February 18, 2020. (ECF No. 6.) On this same date, Superb Hospitality LLC filed objections to the complaint and a motion to dismiss. (ECF Nos. 7, 8.)

Currently there is a scheduling conference set for April 28, 2020 before the undersigned. The Court shall continue the scheduling conference to allow Defendant address any issues with the case, including their motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file a motion to set aside the entry of default on or before **March 6, 2020;**

2. The scheduling conference set for April 28, 2020 is CONTINUED to **August 11,**

1

**2020, at 10:30 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated: **February 19, 2020**

_____
UNITED STATES MAGISTRATE JUDGE