# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERB HOSPITALITY LLC,<br><br>    Defendant. | Case No. 1:20-cv-00103-AWI-SAB<br><br>ORDER SETTING ASIDE DEFAULT OF DEFENDANT SUPERB HOSPITALITY LLC<br><br>(ECF Nos. 6, 10) |

On February 18, the Clerk of the Court entered default against Defendant Superb Hospitality at the Plaintiff Theresa Brooke's request. On this same date, Defendant filed a motion to dismiss. On February 19, 2020, the scheduling conference in this matter was continued and Defendant was ordered to file a motion to set aside default by March 6, 2020. On March 2, 2020, the parties filed a stipulation to set aside the default entered against Defendant.

Pursuant to the stipulation of the parties, the Clerk's entry of default against Defendant Superb Hospitality LLC is HEREBY ORDERED SET ASIDE.

IT IS SO ORDERED.

Dated: __**March 2, 2020**__

                                                        UNITED STATES MAGISTRATE JUDGE

1