# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | Case No. 1:20-cv-00103-AWI-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 16) |
| SUPERB HOSPITALITY LLC, | |
| Defendant. | |

On March 10, 2020, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement of this action. (ECF No. 16.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. Plaintiff shall file dispositional documents on or before March 31, 2020.

IT IS SO ORDERED.

Dated: __March 11, 2020__

_____
UNITED STATES MAGISTRATE JUDGE