# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUPERB HOSPITALITY LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-00103-AWI-SAB<br><br>ORDER VACATING ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING AND SCHEDULING CONFERENCE<br><br>(ECF No. 97) |

On March 29, 2021, an order issued granting in part Defendant's motion to dismiss Plaintiff's first amended complaint and denying Defendant's Rule 56 motion for summary judgment, Plaintiff's motion for Rule 56(d) relief, and numerous motions that were erroneously filed. (ECF No.) Due to the pending scheduling conference, an order issued on May 24, 2021 requiring Defendant to file a responsive pleading within seven days. (ECF No. 97.)

Upon review of the district judge's order on the motion for sanctions, motion to dismiss, motion for partial summary judgment, Rule 56(d) motion for relief, and motion to amend, the Court finds that the May 24, 2021 order was improvidently issued. The district judge's order ended the substantive aspects of the case and all that remains are the issue of sanctions which will be decided by the district judge. (ECF No. 90 at 21.)

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The order requiring Defendant to file a responsive pleading, filed May 24, 2021, is VACATED; and
2. The scheduling conference set for June 8, 2021 in Courtroom 9 is VACATED and the parties need not appear on that date.

IT IS SO ORDERED.

Dated: **May 25, 2021**

UNITED STATES MAGISTRATE JUDGE